Case 1:26-cv-00066   Document 6   Filed 01/29/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 29, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA O.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-066 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| *in their official capacities*, | § | |
|     Respondents. | § | |

### ORDER TO SHOW CAUSE PURSUANT TO 28 U.S.C. § 2243

Before the Court is Petitioner Maria O.'s Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Petitioner, a citizen of Mexico, claims her continued detention violates 8 U.S.C. § 1226(a), bond regulations, and the Administrative Procedure Act. *Id.* at 13-16.

Petitioner's allegations raise a genuine question as to whether her continued detention violates federal law and the U.S. Constitution. Because it does not plainly appear that Petitioner is not entitled to the requested relief, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted[.]" 28 U.S.C. § 2243.

Pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted **no later than 20 days after service upon Respondents** of this § 2241 petition. Responses thereafter shall follow Local Rules 7.1 through 7.4 of the Southern District of Texas. *See* S.D. Tex. L.R. 7.1 - 7.4.

Petitioner is responsible for serving a copy of this Order and their Petition upon the Respondents. Petitioner is **ORDERED** to file proof of service of the petition and this order upon Respondents as a docket entry in this litigation **no later than February 12, 2026**.

Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.

Texas, Brownsville Division, or any planned removal of Petitioner from the United States, at least five (5) days before any such transfer or removal.

    At this time, the Court finds good cause exists to forgo setting a hearing until the issues in the case are fully briefed.

Signed on January 29, 2026.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge